The relief described hereinbelow is SO ORDERED

Done this 4th day of May, 2015.

*William R. Sawyer*
**William R. Sawyer**
**United States Bankruptcy Judge**



_____

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| JANICE A RUSSELL | ) |
| DONNIE RUSSELL | ) CASE NO. 11-10260-WRS-13 |
| Debtor(s). | ) |

### CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter coming before the Court on the Motion for Relief from filed by ARMY AVIATION CENTER FEDERAL CREDIT UNION , the parties having announced an agreement regarding termination of the stay, and the Court being fully advised in the premises, by agreement of the parties, IT IS HEREBY ORDERED that the Motion is conditionally denied with the following proviso:

Beginning with the trustee payment due in <u>MAY 2015</u>, if debtor fails to make a payment to trustee, then after 20 day notice of default and opportunity to cure the automatic stay shall terminate automatically on the 2004 MAZDA MPV without further order of the court.

IT IS FURTHER ORDERED, that the Creditor is granted leave to file a new post petition secured claim for fees and costs of this motion in the amount of $401.00. Interest shall accrue on this new claim at a rate of 0% and it shall be given a specified monthly payment of $40.00. Debtors' payments to the trustee are set at $398.00 per bi-weekly to accommodate said claim and to maintain feasibility of the debtor's plan.

This order was reviewed by and agreed to by counsel for debtor and Trustee.

### END OF ORDER ###

This order submitted by:

/s/ Leonard N. Math
Leonard N. Math, Attorney for CREDITOR
CHAMBLESS MATH ❖CARR P.C.
P.O. Box 230759
Montgomery, Alabama 36123
334-272-2230
lmath@chambless-math.com

2